**AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT**

I, Robert Graves, being duly sworn, depose and state as follows:

1. I am an "investigative or law enforcement officer of the United States" empowered to make arrests within the meaning of Section 3052 Title 18, United States Code and to conduct search warrants and seizures within the meaning of Section 3107 Title 18, United States Code for offenses in which the United States Government is a party of interest.

2. I am a duly appointed Special Agent of the Federal Bureau of Investigation (FBI) and have been employed as such since 2015. I am currently assigned to a squad, which investigates Violent Crimes out of the FBI's Violent Crimes Task Force of the Washington, D.C. Field Office. During the course of my participation in law enforcement I have conducted arrests, executed search warrants and court orders. I have investigated crimes involving bank robberies and Hobbs Act violations, which have resulted in arrests.

3. The facts and information contained in this affidavit are based on my personnel knowledge, witness accounts and information obtained from federal, state and local law enforcement officers. All observations referenced in this affidavit that were not personally made by me were related to me by the persons who made such observations.

4. This affidavit contains information necessary to support probable cause to obtain a search warrant. The information contained in this affidavit is not intended to include each and every fact and matter observed by me or known to the United States Government.

5. This affidavit is submitted in support of an application for a search warrant for the premises located at 200 Wilmington Place, #F, Southeast, Washington, D.C. (the "Subject Property") further described in Attachment A.

6. Based on the information provided in this affidavit, I respectfully submit that probable cause exists that evidence, fruits, and instrumentalities of bank robbery, in violation of Title 18, United States Code Section 2113, specifically those items set forth in Attachment B, are contained within the Subject Property.

**TD BANK**

7. On May 17, 2015, at approximately 2:30 p.m., a black make subject entered the TD Bank located at 901 7th Street NW, Washington D.C. and walked up to a teller station. The black male placed a Panera Restaurant bag that contained a rat trap (poison bait box) on the teller counter and demanded money. The black male gestured that the bag had something dangerous in it. The black male received $2000.00 in bank funds and fled the scene, leaving the Panera bag and rat trap behind.

8. The teller described the unidentified subject as a black make, 6' tall, 180-190 lbs, medium to dark skin, wearing a red hat, long sleeve shirt, lighter colored jeans, sunglasses, and not wearing gloves.

9. TD Bank was insured by the Federal Deposit Insurance Corporation (FDIC).

10. Observation of video surveillance from the bank robbery showed that the subject was wearing a red baseball hat with "W" logo, sunglasses, a gray/brown long sleeve polo style shirt, light colored jeans, and dark colored "Croc" style footwear.

**Capital One Bank**

11. On May 22, 2015 at approximately 1646 hours Officers responded to 6206 Annapolis Road, Hyattsville, MD (Capital One Bank) in reference to a bomb threat. Once on scene, Officers met with the Victim who was working at the Capital One Bank as a teller. The Victim advised that at approximately 1642 hours the Suspect entered the bank posing as a customer. The Suspect waited in line and approached the Victim's teller window. The Suspect placed a suspicious white box on the counter and handed the Victim a note which stated "10,000 all 100s or the box goes off." The Victim, being in fear, gave the Suspect $1963.00 in bank funds and the Suspect fled the bank to an unknown location. The Victim advised her manager of the note and suspicious package and all the occupants of the bank fled for safety and contacted emergency services. Bomb Squad BD815 responded to the scene and examined the suspicious package. Bomb Squad BD815 determined that the suspicious package was safe which allowed Officers and Investigators to complete the initial investigation.

12. The suspect was described as a black male 20-30 years old, approximately 6'2" and 180 lbs wearing a tan baseball hat, sunglasses, a mustache and goatee, gray sweatshirt, blue jeans, black shoes, a bandage or glove over his right hand and armed with a white box (implied explosive device).

13. Capital One bank was insured by the Federal Deposit Insurance Corporation (FDIC).

14. Observation of video surveillance from the bank robbery showed that the subject was wearing a tan baseball hat with a dark bill, sunglasses, light gray sweatshirt (logo on front), blue jeans, and black shoes.

**Investigation**

15. Several fingerprints were recovered from the demand note and the suspicious white box from the May 22, 2015, Capital One bank robbery.

16. Lab results indicated that the fingerprints belonged to Robert Cecile Lucas-Logbo.

17. Robert Cecile Lucas-Logbo was developed as a suspect and an arrest warrant was obtained. On January 13, 2015, Robert Cecile Lucas-Logbo was apprehended at Maryland Live Casino in Anne Arundel County.

18. The arrested was interviewed by Prince George's County Police Department Detectives and Special Agents of the Federal Bureau of Investigation where he was advised of, and voluntarily waived his Miranda rights.

19.     During the interview Robert Cecile Lucas-Logbo admitted to his involvement in the above listed robberies.

20.     During the interview Robert Cecile Lucas-Logbo advised that he lived with his girlfriend, Sara, at 200 Wilmington Place #F Southeast, Washington, D.C. for approximately the last five years and that he receives his mail there.

21.     A public source database check (Accurint) showed that Sara Moody lives at 200 Wilmington Place #F, Southeast, Washington, D.C.

22.     An interview of the Property Manager of 200 Wilmington Place #F, southeast, Washington, D.C. showed that Sara Moody is the lease holder of the apartment.

**AFFIANT'S TRAINING AND EXPERIENCE**

23.     Based on my experience and training, along with training and experience of other participating agents and law enforcement officers, I am aware that:

   a. Bank robbers often keep with them, or entrust to other individuals such as family, friends, and/or co-conspirators, items that constitute evidence of the crimes they commit.  In an effort to maintain control and concealment of such items, individuals who commit robberies often times use various modes and methods such as maintaining the items on their person or the person of another; inside their residence or the residence of another, and/or associated out buildings or related curtilage; at off-site pay-storage facilities; inside secured locked containers or safes; inside their vehicles or the vehicles of another; and/or in concealed compartments located inside structures and vehicles.  These items often include money; money wrappers; currency bags; instruments used during the commission of the crime, maps depicting the locations of driving and escape routes; weapons; clothing worn during the robbery; items used to disguise their appearance during the crime; and evidence of recent purchases, including receipts and invoices.
   b. Bank robbers attempt to legitimize the proceeds from bank robberies.  They often accomplish this by using the services of banks and various financial institutions, among other providers of retail services.  Books and paper relating to such efforts, including but not limited to cashier's checks, money orders, and ledgers are maintained in the residences and on the property of the bank robber.
   c. Bank robbers often place assets, including real and personnel property, such as vehicles, in names other than their own to avoid the detection and forfeiture of such assets by government agencies and continue to use these assets and to exercise dominion and control over them even though the assets are normally owned by them.
   d. Bank robbers often obtain handguns in straw purchases by another person or by other illegitimate means.  The same robbers will also purchase ammunition, holsters, targets and

    range time, which can be obtained from legitimate sources. These items and documentation of their purchases are often retained by the robbers at their residence and storage units.

    e. Through your affiant's personal and work related experience to include discussions with other law enforcement officers, users of cellular telephones and cameras will often take pictures using these devices. Criminals have been known to take pictures of other associates involved in the crimes they commit as well the instruments that may have been used to commit those crimes. These pictures may also show proceeds and evidence gained from the crimes that were committed. These pictures could also show suspects wearing clothing that may tie them to the crimes law enforcement are investigating.

## CONCLUSION

24. Based on the information provided in this affidavit, I respectfully submit that probable cause exist that evidence, fruits and instrumentalities of bank robbery, in violation of Title 18, United States Code, Section 2113, specifically those items set forth in Attachment B, are contained within the Subject Property.

_____

Robert Graves

Special Agent

SWORN TO AND SUBSCRIBED BEFORE ME THIS \_\_\_\_ DAY OF _____2013.

_____

UNITED STATES MAGISTRATE JUDGE